IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | No. 1:97-cr-108 |
| | : | |
| v. | : | |
| | : | |
| **RICHARD LYMAN PITT,** | : | |
| | : | |
| Defendant. | : | Judge Sylvia H. Rambo |

# **O R D E R**

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED** that Defendant Richard Lyman Pitt's motion for compassionate release (Doc. 519) is **DENIED WITHOUT PREJUDICE.**

*s/Sylvia H. Rambo*
SYLVIA H. RAMBO
Unite d States District Judge

Dated: May 1, 2020