IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : Crim. No. 1:97-cr-108-01 |
| | : |
| **v.** | : |
| | : |
| **RICHARD LYMAN PITT,** | : Judge Sylvia H. Rambo |

## **O R D E R**

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED** that:

(1) Defendant Richard Lyman Pitt's motion for compassionate release is **GRANTED** and his sentence is reduced to time served;

(2) This order is **STAYED** for up to seven days in order to verify Mr. Pitt's residence, test Mr. Pitt for COVID-19, make appropriate travel arrangements, and ensure Mr. Pitt's safe release. Mr. Pitt shall be released as soon as he tests negative for COVID-19, a residence is verified, and appropriate travel arrangements are made, and it is safe for him to travel. There shall be no delay in ensuring travel arrangements are made. If more than seven days are needed to make appropriate travel arrangements and ensure the defendant's safe release, the parties shall immediately notify the court and show cause why the stay should be extended;

(3) Mr. Pitt's proposed release plan (Doc. 519-1, p. 4) is tentatively **APPROVED** subject to further review and comment by the Probation Office during the stay;

(4) Pursuant to 18 U.S.C. § 3582(c)(1)(A), Mr. Pitt is **ORDERED** to serve a "special term" of supervised release of 60 months. Mr. Pitt's previously imposed conditions of supervised release apply to the "special term" of supervision.

> */s/ Sylvia H. Rambo*
> SYLVIA H. RAMBO
> United States District Judge

Dated: August 12, 2020.